IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
IN NASHVILLE

TAS RIGHTS MANAGEMENT, LLC,

    Plaintiff

v.

VARIOUS JOHN DOES,
VARIOUS JANE DOES, and
VARIOUS XYZ CORPORATIONS,

    Defendants

Civil Action No. 3:11-0477

Judge Nixon

Magistrate Judge Brown

**FILED UNDER SEAL**

## PRELIMINARY INJUNCTION
## AND ORDER OF SEIZURE OF COUNTERFEIT GOODS

This matter comes before the Court upon Plaintiff TAS Rights Management, LLC's "Plaintiff") Verified Complaint, *Ex Parte* Motion for Temporary Restraining Order, Motion for Preliminary Injunction and Application for Order of Seizure of Counterfeit Goods, and Attorney Certification in Support of *Ex Parte* Motion for Temporary Restraining Order, Motion for Preliminary Injunction and Application for Order of Seizure of Counterfeit Goods. A hearing was held before this Court on May 25, 2011. After due consideration thereof, the Court makes the following findings of fact and conclusions of law and grants Plaintiff's Motion for Preliminary Injunction and Application for Order of Seizure of Counterfeit Goods:

1.    Plaintiff maintains exclusive control of the trademark "Taylor Swift," as used in an unstylized, literal form—"Taylor Swift", and in the stylized, "logo" form — *Taylor Swift* ("Taylor Swift Trademarks").

1

2. The Taylor Swift Trademarks are registered with the United States Patent and Trademark Office, are distinctive, and are highly recognized by the public.

3. Plaintiff also controls the use of the trademark "Speak Now." Plaintiff's trademark "Speak Now" and the Taylor Swift Trademarks are collectively referred to in this Order as "Plaintiff's Trademarks." A summary of the Taylor Swift Trademarks, and their registrations with the United States Patent and Trademark Office, is set forth in Exhibit A hereto.

4. Defendants are not licensed or otherwise authorized by Plaintiff to use Plaintiff's Trademarks.

5. It appears to this Court that Defendants will be present on the premises or within a twenty-mile radius of the venues where Ms. Taylor Swift will perform during her concert tour in the United States in 2011 ("Speak Now Tour"), including each of the venues identified in Exhibit B hereto ("Venues"), for the purpose of manufacturing, distributing, offering for sale, and/or selling merchandise marked with imitations or counterfeits of Plaintiff's Trademarks, or otherwise copying authentic and authorized merchandise bearing Plaintiff's Trademarks and/or a photograph, image or likeness of Ms. Swift ("Counterfeit Goods").

6. The Counterfeit Goods will include goods bearing "counterfeit marks" within the meaning of the Trademark Counterfeiting Act of 1984, 15 U.S.C. § 1116(d).

7. Defendants' distribution, offering for sale, and sale of the Counterfeit Goods would further cause confusion or mistake or be likely to deceive and would constitute trademark infringement under 15 U.S.C. § 1114(1) and false designation of origin under 15 U.S.C. § 1125(a).

8. Under 15 U.S.C. § 1116(d), this Court has the power to grant an *ex parte* seizure order for goods bearing counterfeits of federally registered trademarks.

2

9. Under 15 U.S.C. § 1116(a), this Court has the power to enjoin violations of 15 U.S.C. §§ 1114(1) and 1125(a).

10. This Court has the power under Rule 65 of the Federal Rules of Civil Procedure, and under the All Writs Act, 28 U.S.C. § 1651, to grant an *ex parte* seizure order for Counterfeit Goods that are infringing but are not "counterfeit" within the meaning of 15 U.S.C. § 1116(d).

11. No order other than an *ex parte* seizure order would adequately achieve the objectives of the Trademark (Lanham) Act, 15 U.S.C. §§ 1114, 1116 and 1125(a).

12. Plaintiff is likely to succeed in showing that, unless enjoined, Defendants will use counterfeit or infringing marks in connection with the sale, offering for sale and/or distribution of the Counterfeit Goods.

13. Notice of this Motion need not be given to Defendants prior to *ex parte* hearing because: (a) the identities and whereabouts of Defendants are currently unknown; (b) many Defendants have no business identity or stable place of business before or after concert performances and cannot be identified; and (c) Defendants who can be located and identified, if notified, likely will cause the immediate concealment or destruction of the Counterfeit Goods or removal of Counterfeit Goods outside the access of this Court.

14. Plaintiff will suffer immediate and irreparable injury and will have no adequate remedy at law if this Court declines to grant an *ex parte* restraining and seizure order.

15. The Counterfeit Goods and other materials subject to this Order likely will be located on the premises or within a twenty-mile radius of the venues for the concerts during the Speak Now Tour.

16. Should this Court not grant the requested relief, the harm to Plaintiff clearly outweighs any harm that Defendants may suffer if the relief is granted.

17. Plaintiff has not publicized the requested seizure.

18. Plaintiff has given reasonable notice of its Motion and Plaintiff's Verified Complaint to the United States Attorney for this District.

19. Plaintiff has posted security with the Court, in the form of a cash bond in the amount of $10,000.00, for the payment of such costs and damages as may be incurred or suffered by any party who is found to have been wrongfully restrained, pending the hearing and determination of the continuation of this Order.

20. The file of this case has been sealed as required by 15 U.S.C. § 1116(d)(8).

21. Plaintiff has complied with all statutory requirements for the issuance of an *ex parte* seizure order.

It is accordingly ORDERED and ADJUDGED that:

1). Defendants, along with their partners, associates, agents, servants, employees, representatives, and assigns, and all others under their control or in active concert or participation with them, and all other persons and entities having actual knowledge hereof be, and the same hereby are, temporarily ENJOINED and RESTRAINED from:

- a). manufacturing, distributing, offering to distribute, offering for sale, or selling any Counterfeit Goods;
- b). representing by any method that the Counterfeit Goods are sponsored, manufactured, sold or licensed by Plaintiff; and
- c). otherwise taking any action likely to cause confusion, mistake or deception as to the origin of Counterfeit Goods.

2). Any federal, state, or local law enforcement officer ("Enforcement Official") may seize and maintain in his/her custody and control any and all Counterfeit Goods, counterfeit

4

marks, and the means of making them, and records documenting the manufacture, sale or receipt of things relating thereto, in the possession, dominion or control of Defendants, their agents or persons acting in concert or participation with them, including all such Counterfeit Goods and counterfeit marks located in or on any containers, vessels, storage areas or motor vehicles. Enforcement officials in accomplishing any seizure pursuant to this Order shall comply with all applicable laws.

3). Enforcement Officials are authorized to carry out the foregoing on the premises or within a twenty-mile radius of any venue where Ms. Taylor Swift will perform live concerts that are identified on Exhibit B to this Order and that will occur during such time as this Order is in effect, from twenty-four hours before each concert begins and until twenty-four hours following the completion of each concert.

4). All Counterfeit Goods, all means of making the Counterfeit Goods, all records, and any other materials seized hereunder shall be delivered up to the custody of the Court in accordance with 15 USC Section 1116(d)(7). The seized goods shall be kept in identifiable containers and stored at Plaintiff's expense.

5). Simultaneously with the seizure hereunder, or as soon thereafter as is practical under the circumstances, each named Defendant shall be served with a copy of (A) this Order and (B) a Summons and the Verified Complaint in this action.

6). This Order is being issued without notice to protect Plaintiff from irreparable injury to its trademarks and goodwill that may arise if Defendants should dissipate or transfer to any third party any of the goods that are the subject of this Order.

7). Defendants shall cooperate with the Enforcement Official(s) executing seizure hereunder and shall provide items sought to be seized wherever such items are located.

8). Persons who have had goods seized pursuant to this Order are hereby required to provide the persons executing this Order with (A) correct names, (B) residential and business addresses, (C) telephone numbers, (D) their current active military status, and (E) any other identifying information as may be required by the Enforcement Official(s).

9). This Order or copies hereof may be served by any person over the age of 18 years who is not a party to this action.

10). This Order shall remain in full force and effect until such time as the Court conducts a final hearing in this case, unless otherwise expressly ordered in writing by this Court.

11). All persons who become aware of this action and Order are ORDERED not to reveal the existence of this action or Order to any other person, except that persons authorized to enforce this Order may reveal its existence and contents to the extent necessary to carry out their official duties and Defendants may confer with their attorneys concerning this action.

Entered this 25 day of May, 2011, at ___:_____.M., at Nashville, Tennessee.

_____
JOHN T. NIXON
SENIOR DISTRICT JUDGE

## TAYLOR SWIFT TRADEMARKS

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| TAYLOR SWIFT | 3,439,211 | March 27, 2007 | Series of musical sound recordings; Pre-recorded audio cassettes, compact discs, DVDs and video tapes featuring performances by an individual; Mouse pads |
| TAYLOR SWIFT | 3,439,210 | March 27, 2007 | Clothing, namely, shirts, t-shirts, sweatshirts, jerseys, hats and caps |
| TAYLOR SWIFT | 3,429,635 | March 27, 2007 | Entertainment services in the nature of the rendition of live musical performances by an individual |
| TAYLOR SWIFT | 3,812,827 | May 12, 2009 | Digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; Downloadable musical sound recordings; Downloadable video recordings featuring musical entertainment; Musical video recordings; Video recordings featuring musical entertainment |
| TAYLOR SWIFT | 3,812,828 | May 12, 2009 | Jewelry |
| TAYLOR SWIFT | 3,809,266 | May 12, 2009 | Printed materials and publications, namely, photographs, posters, stickers, songbooks and sheet music |
| TAYLOR SWIFT | 3,809,267 | May 12, 2009 | On-line retail store services featuring audio recordings, video recordings, printed publications, printed materials, clothing, collectibles, memorabilia, and a wide variety of products related to a musical artist |

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| TAYLOR SWIFT | 3,812,829 | May 12, 2009 | Entertainment services consisting of providing a Web site featuring pre-recorded musical performances, news, articles, reviews, photographs, and other information and multi-media materials relating to a performing and recording musical artist; Entertainment services, namely, providing information via a global communications network relating to music and musical entertainment; Entertainment services, namely, conducting contests; Providing non-downloadable digital music via a global communications network; Fan club services |
| *Taylor Swift* (signature) | 3,809,269 | May 12, 2009 | Audio and video recordings featuring musical entertainment; Digital media, namely, downloadable audio files and downloadable audio and video recordings featuring musical entertainment; Downloadable musical sound recordings; Downloadable video recordings featuring musical entertainment; Musical sound recordings; Musical video recordings; Video recordings featuring musical entertainment |
| *Taylor Swift* (signature) | 3,812,830 | May 12, 2009 | Jewelry |
| *Taylor Swift* (signature) | 3,809,271 | May 12, 2009 | Printed materials and publications, namely, photographs, posters, stickers, songbooks and sheet music |
| *Taylor Swift* (signature) | 3,809,274 | May 12, 2009 | Clothing, namely, bandanas, caps, hats, hooded pullovers, hooded sweat shirts, sweat shirts, pants, and t-shirts |

| Trademark | USPTO Reg. No. | USPTO Reg. Date | Goods/Services |
|---|---|---|---|
| *Taylor Swift* (signature) | 3,809,272 | May 12, 2009 | On-line retail store services featuring audio recordings, video recordings, printed publications, printed materials, clothing, collectibles, memorabilia, and a wide variety of products related to a musical artist |
| *Taylor Swift* (signature) | 3,812,838 | May 12, 2009 | Entertainment services in the nature of live musical performances; Entertainment services consisting of providing a Web site featuring pre-recorded musical performances, news, articles, reviews, photographs, and other information and multi-media materials relating to a performing and recording musical artist; entertainment services, namely, providing information via a global communications network relating to music and musical entertainment; Entertainment services, namely, conducting contests; Providing non-downloadable digital music via a global communications network; Fan club services |

## "SPEAK NOW TOUR": DATES AND VENUES
## (2011)

| | | |
|---|---|---|
| 1). | May 21 | Nashville, Tennessee – "Speak Now Help Now" Benefit |
| 2). | May 27 | Omaha, Nebraska |
| 3). | May 28 | Omaha, Nebraska |
| 4). | May 29 | Des Moines, Iowa |
| 5). | June 2 | Ft. Lauderdale, Florida |
| 6). | June 3 | Ft. Lauderdale, Florida |
| 7). | June 4 | Orlando, Florida |
| 8). | June 7 | Columbus, Ohio |
| 9). | June 8 | Milwaukee, Wisconsin |
| 10). | June 11 | Detroit, Michigan |
| 11). | June 14 | St. Paul, Minnesota |
| 12). | June 15 | St. Paul, Minnesota |
| 13). | June 18 | Pittsburgh, Pennsylvania |
| 14). | June 21 | Buffalo, New York |
| 15). | June 22 | Hartford, Connecticut |
| 16). | June 25 | Foxboro, Massachusetts |
| 17). | June 26 | Foxboro, Massachusetts |
| 18). | June 30 | Greensboro, North Carolina |
| 19). | July 1 | Knoxville, Tennessee |
| 20). | July 2 | Louisville, Kentucky |
| 21). | July 8 | Charlotte, North Carolina |
| 22). | July 9 | Atlanta, Georgia |
| 23). | July 10 | Atlanta, Georgia |
| 24). | July 19 | Newark, New Jersey |
| 25). | July 20 | Newark, New Jersey |
| 26). | July 23 | Newark, New Jersey |
| 27). | July 24 | Newark, New Jersey |

| | | |
|---|---|---|
| 28). | July 28 | Grand Rapids, Michigan |
| 29). | July 29 | Indianapolis, Indiana |
| 30). | July 30 | Cleveland, Ohio |
| 31). | August 2 | Washington, District of Columbia |
| 32). | August 3 | Washington, District of Columbia |
| 33). | August 6 | Philadelphia, Pennsylvania |
| 34). | August 9 | Chicago, Illinois |
| 35). | August 10 | Chicago, Illinois |
| 36). | August 13 | St. Louis, Missouri |
| 37). | August 14 | St. Louis, Missouri |
| 38). | August 23 | Los Angeles, California |
| 39). | August 24 | Los Angeles, California |
| 40). | August 27 | Los Angeles, California |
| 41). | August 28 | Los Angeles, California |
| 42). | September 1 | San Jose, California |
| 43). | September 2 | San Jose, California |
| 44). | September 3 | Sacramento, California |
| 45). | September 6 | Portland, Oregon |
| 46). | September 7 | Tacoma, Washington |
| 47). | September 16 | Nashville, Tennessee |
| 48). | September 17 | Nashville, Tennessee |
| 49). | September 20 | Bossier City, Louisiana |
| 50). | September 21 | Tulsa, Oklahoma |
| 51). | September 24 | Kansas City, Missouri |
| 52). | September 27 | Denver, Colorado |
| 53). | September 28 | Salt Lake City, Utah |
| 54). | October 4 | Little Rock, Arkansas |
| 55). | October 5 | New Orleans, Louisiana |
| 56). | October 8 | Dallas, Texas |

| | | |
|---|---|---|
| 57). | October 14 | Lubbock, Texas |
| 58). | October 15 | Oklahoma City, Oklahoma |
| 59). | October 20 | San Diego, California |
| 60). | October 21 | Phoenix, Arizona |
| 61). | October 22 | Phoenix, Arizona |
| 62). | October 25 | San Antonio, Texas |
| 63). | October 26 | Austin, Texas |
| 64). | October 29 | Lexington, Kentucky |
| 65). | October 30 | Memphis, Tennessee |
| 66). | November 5 | Houston, Texas |
| 67). | November 11 | Jacksonville, Florida |
| 68). | November 12 | Tampa, Florida |
| 69). | November 13 | Miami, Florida |
| 70). | November 17 | Raleigh, North Carolina |
| 71). | November 18 | Columbia, South Carolina |
| 72). | November 21 | New York, New York |
| 73). | November 22 | New York, New York |